IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JOHNSON W. GREYBUFFALO,
#229871,

                    Plaintiff,                    ORDER

             v.                          06-C-504-C

PHIL KINGSTON, in his individual and
official capacities as Warden of Waupun
Correctional Institution;
BRUCE MURASKI, in his individual and
official capacities;
CYNTHIA CLOUGH, in her individual and
official capacities;
CORRECTIONAL OFFICER BRET MIERZEJEWSKI,
in his individual and official capacities; and
WILLIAM SCHULTZ, in his individual
and official capacities,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The parties in this closed case are currently briefing plaintiff's bill of costs as set forth

in the memorandum dated October 18, 2007.  Plaintiff has now submitted a letter dated

October 24, 2007, that I construe as a motion for injunctive relief.  In his motion, plaintiff

asserts that he is being retaliated against by the prison law librarian, Ms. Broadbent, because

she told plaintiff that he must wait for defendants to file their objections to his bill of costs before he may be allowed library time.  The defendants filed their objections with the court on October 30, 2007.  Therefore, I will deny plaintiff's motion for injunctive relief as moot.  However, I will grant plaintiff a one-week extension in which to respond to defendants' objections.  Plaintiff's brief will now be due on November 15, 2007 and defendants' reply will be due on November 20, 2007.

## ORDER

IT IS ORDERED that plaintiff's motion for injunctive relief is DENIED as moot.  Plaintiff may have until November 15, 2007, in which to respond to defendants' objections.  Defendants may have until November 20, 2007, in which to file a reply.

Entered this 1st day of November, 2007.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2